Sherwood J. Reese
Sherwood.reese@comcast.net
Drew L. Johnson, P.C.
sherwoodreese@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **THOMAS F. DELLES,** | Civil No. 6:15-cv-00674-BR |
| Plaintiff, | |
| vs. | **ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |
| Commissioner of Social Security Administration, | |
| Defendant. | |

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $11,339.50, less the EAJA fees awarded of $6850.08, for a net of $4489.42 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b). Defendant shall pay this amount to Plaintiff's counsel, less an administrative assessment pursuant to 42 U.S.C. 406(d). There are no other costs.

IT IS SO ORDERED this day of December 19, 2016.

_____
U.S. District Judge/~~Magistrate Judge~~

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -          1